UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

GARY PARRIS,

                                       Plaintiff,

                  -against-

THE CITY OF NEW YORK, POLICE DETECTIVE LISA
MCCALLA, AND UNDERCOVER OFFICER #84,

                                     Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13CV06686 (NRB) (JCF)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice, and without costs, expenses and attorneys fees to either party.

The Law Office of Michael Fineman, Esq.
*Attorneys for Plaintiff*
225 Broadway, Suite 3604
New York, New York 10007
212-233-4500


By: _____
    Michael  Fineman
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Det. Lisa McCalla, and UC 84*
100 Church Street, Rm. 3-183
New York, New York 10007

By: _____
    Liza Sohn
    *Assistant Corporation Counsel*

SO ORDERED:


Dated: New York, New York
      _____, 2014

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE