```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

GARY PARRIS,

                                        Plaintiff,

                  -against-

THE CITY OF NEW YORK, POLICE DETECTIVE LISA
MCCALLA, AND UNDERCOVER OFFICER #84,

                                      Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV06686 (NRB) (JCF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice, and without costs, expenses and attorneys fees to either party.

The Law Office of Michael Fineman, Esq.
*Attorneys for Plaintiff*
225 Broadway, Suite 3604
New York, New York 10007
212-233-4500


By: _____
    Michael Fineman
    *Attorney for Plaintiff*


ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Det. Lisa McCalla, and UC 84*
100 Church Street, Rm. 3-183
New York, New York 10007

By: _____
    Liza Sohn
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 9, 2014